ROYAL INDEMNITY COMPANY, Respondent, v. JOSEPH FRIED & SONS, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JENNIE CANTOR and HERMAN CANTOR, Appellants, v. META DONOVAN, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FANNIE GORDON, as Administratrix, etc., of LOUIS GORDON, Deceased, Respondent, v. TONY VERDI, Appellant, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WALTER GRAY PARSONS and Others, Respondents, v. CONSUMERS LAND CO., INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WALTER GRAY PARSONS and Others, Respondents, v. DWELLERS BUILDING CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HELEN GROTHUES, Respondent, v. E. A. WHITE ORGANIZATION, INC., Appellant, Impleaded with Another.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, with leave to plaintiff to move at Special Term to open her default and serve a bill of particulars, upon the ground that plaintiff was in default at the time the bill of particulars was served, which default had not been waived or opened by the court. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HENRY M. BEHRE, Respondent, v. PRECISION MACHINE COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHESTER S. MILLS, Respondent, v. GEORGE ZAIN, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

WADSWORTH RUEDIGER, INC., Respondent, v. IVAN FLOOD, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LOUIS FRANK, Respondent, v. W. H. BARTLETT COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.